

# O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

December 18, 2023

Hon. Robert E. Littlefield, Jr.
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

**Re:** United States Trustee Motion to Appoint Examiner
Hearing Date: December 20, 2023
Time: 10:30 a.m.
Case No. 23-10815-1-rel

Dear Judge Littlefield:

The United States Trustee, through trial counsel, Amy Ginsberg, Esq., and Debtor, through its counsel, Peter A. Pastore, have agreed to adjourn the above-referenced Motion to Appoint Examiner to January 10, 2024, at 10:30 a.m. if it meets with your approval. Also, the parties have agreed that Debtor's opposition, if any, to the motion shall be filed by noon, 12:00 p.m., Monday January 8, 2024.

If this schedule meets with your approval, we would appreciate a "so ordered" directive from your office.

Respectfully Submitted,

O'CONNELL AND ARONOWITZ, P.C.

By: _____
Peter A. Pastore, Esq.

PAP/as
Cc: Amy Ginsberg, Esq.

So, Ordered

_____
Hon. Robert E. Littlefield

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEON ARONOWITZ
1941-1969
LEWIS A. ARONOWITZ
1951-1979

IN MEMORIAM:
HON. LEONARD A. WEISS
2020-2022

STEPHEN R. COFFEY
THOMAS J. DiNOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
JEFFREY A. SIEGEL
RICHARD S. HARROW
FLORENCE M. RICHARDSON
KAREN MARTINO VALLE
BRIAN M. CULNAN
CRISTINA D. COMMISSO
MICHAEL Y. HAWRYLCHAK

SAMANTHA L. FEMIA
REBECCA M. DUNNING
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
JENNA M. DiBENEDETTO

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
{O1378848.1}
With offices in Albany and Saratoga Springs.
www.oalaw.com