So Ordered.

Signed this 14 day of February, 2024.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

CELL-NIQUE CORPORATION,

                Debtor.

Case No. 23-10815-REL
Chapter 11

### ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 EXAMINER

Upon the Motion for the Appointment of Examiner under 11 U.S.C. §1104(c) (ECF 68) and it appearing that Stephen L. Ferraro, a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as the Chapter 11 examiner in the above-captioned case, and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED, that the appointment of Stephen L. Ferraro, as Chapter 11 examiner, is approved in the bankruptcy case of Cell-Nique Corporation, pursuant to 11 U.S.C. 1104(c).

###