So Ordered.

Signed this 19 day of April, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In Re:   Cell-Nique Corporation

                                     Bankruptcy No. 23-10815
                                     Chapter 11

           Debtor.

_____

### <u>ORDER OF DISMISSAL</u>

Motions to Dismiss on shortened notice[1] having been filed by the United States Trustee's

Office (ECF Nos. 108, 109) and the Internal Revenue Service ("IRS") (ECF Nos. 110, 111)

(collectively "Motions to Dismiss"), pursuant to 11 U.S.C § 1112(b), and these motions having

been scheduled for a hearing on April 17, 2024, in Albany, New York,

Now on consideration of the papers submitted in support of the Motions to Dismiss,

which included a response in support of the Motions to Dismiss from creditor Berkshire Bank

(ECF No. 117), and Debtor's filed oppositions (ECF Nos. 119, 120), and after hearing from

_____

[1] The IRS and the U.S. Trustee's Motions to Shorten Notice were granted on April 9, 2024.
ECF Nos. 112, 114.

counsel for the United States on behalf of its agency, the IRS, counsel for the United States

Trustee's Office, counsel for creditor Berkshire Bank, and Debtor's counsel, on April 17, 2024.

      After hearing arguments of counsel, and over the Debtor's objection,

      IT IS HEREBY ORDERED, that pursuant to 11 U.S.C. §1112(b), the Debtor's Chapter

11 case is hereby dismissed without prejudice.

###